Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Terry Taylor

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY TAYLOR, | ) Case No.: 1:10-CV-2129 SKO |
| Plaintiff, | ) ORDER FOR DISMISSAL OF |
| vs. | ) ACTION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Dismissal signed by the parties (Doc. 12), the above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 24, 2011**           **/s/ Sheila K. Oberto**
                             UNITED STATES MAGISTRATE JUDGE

-1-